# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-cv-01669 |
| ) | |
| ) | Hon. Jorge L. Alonso |
| 1710 ORR HOTEL, LLC d/b/a Hilton ) | |
| Orrington Hotel, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action without prejudice which shall automatically convert to a dismissal with prejudice in forty-five (45) days unless a motion to reinstate the action is filed before September 4, 2023 pursuant to the settlement in principle reached between the parties.

Dated: July 21, 2023                    HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
1338 S. Federal St. #L
Chicago, IL 60605
Telephone: 312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

2

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record for the plaintiff hereby certify that on July 21, 2023 I electronically filed this Notice of Voluntary Dismissal which automatically sends electronic notification of its filing to all attorneys of record and to:

Julia N. Sarnoff, Esq.
Seyfarth Shaw
Attorneys for Defendant
975 F Street, N.W.
Washington, DC 20004

by email same [JSarnoff@seyfarth.com] on July 21, 2023.

/s/ Marshall J. Burt
Marshall J. Burt