## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Howard Cohan
                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:23−cv−01669
　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

1710 ORR Hotel, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice with leave to reinstate by 9/7/23. If no motion to reinstate has been filed by 9/7/23, this case will automatically be dismissed with prejudice. Status hearing previously set for 7/26/23 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.